# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                     :       NO. 669

                            :

ORDER AMENDING RULES 1120, 1210, :      SUPREME COURT RULES
1240, 1242, 1330, 1408, 1409, 1512,   :
1514, 1515, 1608, 1609, 1610, 1611, AND:   DOCKET
1635 AND ADOPTING NEW RULE 1149   :
OF THE RULES OF JUVENILE COURT    :
PROCEDURE

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of July, 2015, upon the recommendation of the Juvenile Court Procedural Rules Committee; the proposal having been published for public comment before adoption at 43 Pa.B. 6492 (November 2, 2013), in the Atlantic Reporter (Third Series Advance Sheets, Vol. 77, No. 3, December 6, 2013), and on the Supreme Court's web-page, and an *Explanatory Report* to be published with this **ORDER**:

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the modifications to Rules 1120, 1210, 1240, 1242, 1330, 1408, 1409, 1512, 1514, 1515, 1608, 1609, 1610, 1611, and 1635 and the adoption of new Rule 1149 of the Rules of Juvenile Court Procedure are approved in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective October 1, 2015.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.